**Shelia E. MUBEIDIN, Plaintiff—Appellant,**

v.

**HOMECOMINGS FINANCIAL NET-WORK, INCORPORATED; Sebring Capital Partners, LLC; Southern Trust Mortgage, LLC; Cranwell, Moore & Bullington, PLC, Defendants—Appellees.**

No. 06–1142.

United States Court of Appeals, Fourth Circuit.

Submitted: May 18, 2006.

Decided: May 30, 2006.

Shelia E. Mubeidin, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shelia E. Mubeidin appeals the district court's order dismissing her Truth in Lending Act claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mubeidin v. Homecomings Financial Network, Inc.,* No. 7:05–cv–00794–jct (W.D.Va. Jan. 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*